UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Richard Villar</u>

    v.                                                  Case No. 11-cv-592-PB

<u>United States of America</u>

<u>O R D E R</u>

      The government has filed a response to the motion that explains clearly and correctly why each of the defendant's arguments is without merit. For the reasons stated in that memorandum, it is quite clear that the court had jurisdiction, that the defendant is guilty of the crimes he was found to have committed, that his attorney provided an effective defense, and that each of the errors that counsel allegedly committed was harmless. This is not a close case and no purpose would be served by recapitulating the government's well presented arguments. The defendant's motion is denied. Because Villar has failed to make a substantial showing of the denial of a constitutional right, I decline to issue a certificate of appealability.

      SO ORDERED.

January 20, 2012                              /s/ Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

cc:    Richard Villar, Esq.
        Seth Aframe, Esq.